**FILED**

UNITED STATES COURT OF APPEALS

**SEP 13 2010**

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEVIN SHENKMAN, individually, and on behalf of other members of the general public similarly situated and NELISSA ADELPOUR, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiffs - Respondents,<br><br>   v.<br><br>PANDA EXPRESS, INC. and PANDA RESTAURANT GROUP, INC.,<br><br>            Defendants - Petitioners. | No. 10-80125<br><br>D.C. No. 2:10-cv-02367-MMM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: CLIFTON and IKUTA, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

kkc/MOATT